IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KUNDIAN GUO,<br><br>   *Plaintiff*,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>   *Defendants*. | Civil Action No. 2:25-cv-1951<br><br>Hon. William S. Stickman IV |

### **ORDER OF COURT**

AND NOW, this 19th day of December 2025, IT IS HEREBY ORDERED that if the bond ordered in the amount $5,000.00 (five thousand dollars) is submitted in cash, once received by the Finance Department of the United States District Court for the Western District of Pennsylvania, it shall be placed in the local Court Registry where it is to remain until further order of court.

              BY THE COURT:

              s/ William S. Stickman IV
              WILLIAM S. STICKMAN IV
              UNITED STATES DISTRICT JUDGE