IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KUNDIAN GUO,<br><br>      Plaintiff,<br><br>  v.<br><br>SCHEDULE A DEFENDANTS,<br><br>      Defendants. | Civil Case No.: 2:25-cv-01951 |

**PLAINTIFF'S MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING AND TO EXTEND THE TEMPORARY RESTRAINING ORDER**

This is a design patent infringement case in which the patent owner sues counterfeit sellers on Amazon.com.

Noting that the accused products have identical designs to Plaintiff's patented design, on December 19, 2025, this Court granted a TRO against Defendants and set a hearing on why a preliminary injunction should not issue on December 29, 2025. (Dkt. 16.) The TRO, as currently set, will also expire on December 29, 2025. (Dkt. 16.)

Rule 65(b)(2) allows extending a temporary restraining order entered without notice on good cause. Here, good cause exists for a brief extension of the TRO and the preliminary injunction hearing to *January 12, 2026* or any other day convenient to the

Court.

First, Plaintiff has diligently pursued this case, having served the TRO to Amazon on December 19, 2025. Due to delays from the holiday season, however, Amazon has not yet provided Defendants' contact information to Plaintiff. Plaintiff is thus unable to notify Defendants of this TRO. Plaintiff did not contribute to the Amazon's delay in any way.

Second, the original danger of moving assets outside the jurisdiction of this Court still exists. Good cause under Rule 65(b)(2) is shown where "the grounds for originally granting the temporary restraining order continue to exist." 11A Wright & Miller, Fed. Pract. & Proc. § 2953 (3d ed.). Here, absent some restraint, Defendants may still choose to shut down their current ecommerce stores, withdraw the funds generated from their infringing activities, and transfer those funds to foreign accounts, making recovery virtually impossible.

In sum, Plaintiff respectfully requests the Court to extend the TRO and continue the preliminary injunction hearing by two weeks to *January 12, 2026* or any other day convenient to the Court.

A Proposed Order is concurrently filed.

///

///

///

Date: December 27, 2025									Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CBN 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*
