IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KUNDIAN GUO,<br><br>                Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>                Defendants. | Civil Case No.: 2:25-cv-01951 |

### [PROPOSED ORDER] FOR CONTINUANCE OF HEARING AND TO EXTEND THE TEMPORARY RESTRAINING ORDER

AND NOW, this ___ day of December, 2025, IT IS HEREBY ORDERED that the Motion for Continuance of Hearing and to Extend the Temporary Restraining Order (ECF No. 19) is GRANTED. The injunction hearing is continued from **December 29, 2025 at 1:30 p.m. (EST)** to **January ____ at _____.m. (EST)** in courtroom 8B before Honorable Judge William S. Stickman IV.

IT IS FURTHER ORDERED that counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

 

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

1