IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KUNDIAN GUO,<br><br>    Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS**,**<br><br>    Defendants. | Civil Case No.: 2:25-cv-01951 |

**ORDER GRANTING CONTINUANCE OF HEARING AND EXTENSION OF THE TEMPORARY RESTRAINING ORDER**

AND NOW, this 29th day of December, 2025, IT IS HEREBY ORDERED that the Motion for Continuance of Hearing and to Extend the Temporary Restraining Order (ECF No. 19) is GRANTED. The injunction hearing is continued from **December 29, 2025 at 1:30 p.m. (EST)** to **January 9, 2026 at 11:00 a.m.(EST)** in courtroom 8B before Honorable Judge William S. Stickman IV.  The temporary restraining order remains in full force and effect through January 9, 2026 at 11:00 a.m.

IT IS FURTHER ORDERED that counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

s/  William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE