IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KUNDIAN GUO,<br><br>    Plaintiff,<br><br>  v.<br><br>SCHEDULE A DEFENDANTS,<br><br>    Defendants. | Civil Case No.: 2:25-cv-01951-WSS |

### NOTICE OF VOLUNTARY DISMISSAL AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41, Plaintiff Kundian Guo notices dismissal of this action. Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." None of the Schedule A Defendants has served an answer or motion for summary judgment in this action. Plaintiff Kundian Guo accordingly notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

///

///

///

///

1

| | |
|---|---|
| Date: January 8, 2026 | Respectfully submitted,<br><br>/s/ Zheng "Andy" Liu<br>Zheng "Andy" Liu (CBN 279327)<br>***Aptum Law***<br>1660 S Amphlett Blvd Suite 315<br>San Mateo, CA 94402<br>Email: Andy.Liu@AptumLaw.us<br>Phone: 650-475-6289<br><br>*Attorneys for Plaintiff* |