IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KUNDIAN GUO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCHEDULE A DEFENDANTS**,**<br><br><br>　　　　　　Defendants. | Civil Case No.: 2:25-cv-01951-WSS |

**PLAINTIFF'S MOTION FOR ORDER TO RELEASE TRO BOND**

Under the Court's December 19, 2025 Temporary Restraining Order (Dkt. 16), Plaintiff posted a $5,000 injunction bond (TRO Bond) with the Court on December 22, 2025.

On January 8, 2026, Plaintiff voluntarily dismissed this entire action under Rule 41 (Dkt. 24); thus, the Court is respectfully requested to release the TRO Bond. A Proposed Order is concurrently filed.

///

///

///

Date: January 8, 2026                           Respectfully submitted,


                                                /s/ Zheng "Andy" Liu
                                                Zheng "Andy" Liu (CBN 279327)
                                                *Aptum Law*
                                                1660 S Amphlett Blvd Suite 315
                                                San Mateo, CA 94402
                                                Email: Andy.Liu@AptumLaw.us
                                                Phone: 650-475-6289

                                                *ATTORNEY FOR PLAINTIFF*