IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KUNDIAN GUO,<br><br>                Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>                Defendants. | Civil Case No.: 2:25-cv-01951-WSS |

**ORDER RELEASING PLAINTIFF'S TRO BOND**

Under the Court's December 19, 2025 Temporary Restraining Order (Dkt. 14), Plaintiff posted a $5,000 cash bond (TRO Bond) with the Court on December 22, 2025.

Plaintiff having voluntarily dismissed this entire action (Dkt. 24), the Court orders that the bond money be released to the Plaintiff's Counsel at the following address:

Zheng Liu,
Counsel for Plaintiff Shiwen Chen
750 Alma Lane #8244
Foster City, CA 94404.

DATED: 1/8/2026                                     s/ William S. Stickman IV
                                                                   _____
                                                                   William S. Stickman IV
                                                                   United States District Judge

1