UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**BRANDY S. LONCHENA**
CLERK OF COURT
412−208−7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: January 9, 2026

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313−1450

RE:   KUNDIAN GUO vs.  SCHEDULE A DEFENDANTS
Case Number:   **2:25−CV−01951−WSS**

Dear Commissioner:

   Enclosed is a copy of the order/dismissal and docket entries which terminated the above captioned matter in the United States District Court for the Western District of Pennsylvania.

Sincerely,

BRANDY S. LONCHENA
CLERK OF COURT

By: /s/ **Katie Hall**
Deputy Clerk

Enclosures